JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVA BEDOY and PAULETTE WELLBORN, individually, and on behalf of other similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WALMART INC., a Delaware corporation,<br><br>　　　　Defendant | Case No.: 2:25-cv-10794-PVC<br><br>CLASS ACTION COMPLAINT<br><br>(Removed from Los Angeles Superior Court Action, Case No. 25STCV28906)<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND** |

**ORDER**

THE COURT, having considered Plaintiffs Eva Bedoy and Paulette Wellborn's Notice of Motion and Motion to Remand, Defendant's Non-Opposition to the Motion, and all arguments submitted on the pleadings, and **GOOD CAUSE APPEARING THEREFORE**, **GRANTS** Plaintiff's Motion.

THE COURT **REMANDS** this matter to the Superior Court of the State of California for the County of Los Angeles and **VACATES** the hearing set for January 6, 2026.

This case is CLOSED.

**IT IS SO ORDERED.**

Dated: January 5, 2026

_____
Hon. Pedro V. Castillo
United States Magistrate Judge